NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASHLEY FURNITURE INDUSTRIES, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

UNITED STATES INTERNATIONAL TRADE
COMMISSION,
*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,
*Defendants-Appellees.*

---

2012-1196

---

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

---

**ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN OPERATIONS, INC.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.**
*Defendants-Appellees.*

2012-1200

Appeal from the United States Court of International Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

Upon consideration of SKF USA Inc. and Koyo Corporation of U.S.A.'s motions for leave to file briefs amici curiae in support of Ashley Furniture Industries, Inc. and Ethan Allen Global, Inc. and Ethan Allen Operations, Inc.,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAY 2 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joseph W. Dorn, Esq.
     Jeffrey S. Grimson, Esq.
     Patrick V. Gallagher, Esq.
     Jessica R. Toplin, Esq.
     Craig A. Lewis, Esq.

s23

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAY 2 4 2012**

JAN HORBALY
CLERK